# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia A. Young,<br>　　　　　Plaintiff,<br>v.<br><br>Heritage Interiors ISI, LLC, an Arizona limited liability compay, and Interior Specialists, Inc., a California corporation,<br>　　　　　Defendants. | CV 14-2398 TUC DCB<br><br>**ORDER** |

　　　　The court having been notified that this case has been settled by the parties.

　　　　**IT IS ORDERED** that the case is dismissed without prejudice, and the Clerk of the Court shall close it.

　　　　**IT IS FURTHER ORDERED** that the parties shall file the appropriate dismissal documents within **30 days** of the filing of this Order.

　　　　**IT IS FURTHER ORDERED** that this Court retains jurisdiction over this matter to reopen the case and return it to the Court's active docket, in the event problems arise in relation to its settlement.

　　　　DATED this 26th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　David C. Bury
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge