Jerry S. Smith (SBA #19599)
JERRY S. SMITH, PLLC
145 S. Sixth Avenue
Tucson, Arizona 85701-2007
Phone: (520) 326-0134
Email: jsmith@jsslawpllc.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **PATRICIA A. YOUNG**, | Case # 4:14 CV 02398 TUC DCB |
| Plaintiff, | |
| v. | |
| **HERITAGE INTERIORS ISI, LLC**, an Arizona limited liability company, and **INTERIOR SPECIALISTS, INC.,** a California corporation, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Plaintiff Patricia A. Young, by and through Jerry S. Smith, her undersigned attorney of record, and the Defendants, by and through Daniel F. De La Cruz, Sheppard Mullin Richter & Hampton LLP, their attorney of record, hereby stipulate that the Complaint shall be dismissed with prejudice, with each party bearing their own attorney's fees and taxable costs.  This

stipulation is filed pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the Notice of Settlement (dkt. #19) and the Order Dismissing Case (dkt. #20).

Respectfully submitted this 14th day of November, 2015.

Jerry S. Smith, PLLC

s/Jerry S. Smith
Jerry S. Smith
Attorney for Plaintiff

s/Daniel F. De La Cruz
Daniel F. De La Cruz
Sheppard Mullin et al.
Attorney for Defendants

This Notice shall be filed on the date above pursuant to the U.S. District Court for Arizona Electronic Case Filing Administrative Policies and Procedures Manual,

by: s/Roger McKee
    Roger McKee for Jerry S. Smith